STARBRITE DISTRIBUTING, INC v EXCELDA MANUFACTURING COMPANY, Nos. 103536, 103563. Reported at 454 Mich 302.

RILEY and WEAVER, JJ. We would grant rehearing.

*Order Entered July 15, 1997:*

PROPOSED AMENDMENT OF RULE 6.3 OF THE MICHIGAN RULES OF PROFESSIONAL CONDUCT. On order of the Court, this is to advise that the Court is continuing to consider whether to amend Rule 6.3 of the Michigan Rules of Professional Conduct, pursuant to a recommendation from the State Bar of Michigan. The proposal having been published for comment at 454 Mich 1204 (1997), and the State Bar subsequently having modified the proposal, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, as modified. We welcome the views of all who wish to address the proposal or who wish to suggest alternatives.

As whenever this Court publishes an administrative proposal for comment, we emphasize that publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

[The current rule would be amended as indicated below:]

RULE 6.3. LEGAL SERVICES ORGANIZATIONS AND LAWYER REFERRAL SERVICES.

(a) [Unchanged.]

(b) A lawyer may participate in and pay the usual charges of a not-for-profit lawyer referral service ~~or a legal service organization~~ that recommends,~~ furnishes, or pays for~~ legal services to the public ~~its members or beneficiaries,~~ if that service ~~or organization~~:

(1) maintains registration as a qualified service with the State Bar, under such rules as may be adopted by the State Bar, consistent with these rules ~~has filed with the State Bar of Michigan a written plan disclosing the name under which it operates, the name, address, and telephone number of its chief operating officer, the plan terms, conditions of eligibility, schedule of benefits, subscription charges and agreements with counsel~~;

(2) is operated in the public interest for the purpose of referring prospective clients to lawyers; pro bono and public service legal programs; and government, consumer or other agencies that can best provide the assistance needed by clients, in light of their financial circumstances, spoken language, any disability, geographical convenience, and the nature